**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BLACK KNIGHT, INC.,

    Plaintiff,

v.                                       Case No. 3:20-cv-660-TJC-PDB

PENNYMAC LOAN
SERVICES, LLC,

    Defendant.

## **NOTICE OF TELEPHONE HEARING**

**TAKE NOTICE** that this case is hereby **SET** for **a telephone hearing** on the pending motion to dismiss (Doc. 13) and the pending motion for summary judgment (Doc. 30) on **March 1, 2021** at **2:00 p.m. ET.** The conference line will be activated at 1:50 p.m. so the hearing may start promptly at 2:00 p.m.

**The Courtroom Deputy will email the call-in information to counsel of record using the email addresses listed on the Court's docket for this case.**

Members of the public or press who wish to listen to the proceedings may email the Courtroom Deputy at Marielena_Diaz@flmd.uscourts.gov to receive the call-in information.

To reduce background audio interference, the parties should not use the speaker function during the call and are encouraged to use landlines if possible.

Further, **parties must put their phones on mute when not speaking. Additionally, each party must identify themselves when speaking so the court reporter can accurately report the proceedings.**

Persons granted remote access to proceedings are reminded of the general prohibition against recording, and rebroadcasting of court proceedings.

**DATED** this 2nd day of February, 2021.

                                              TIMOTHY J. CORRIGAN
                                              United States District Judge

                                              By: /s/ Terrence L. Neal
                                              Terrence L. Neal
                                              Law Clerk
                                              (904) 549-1304

Copies to:
Counsel of record