**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BLACK KNIGHT, INC.,

    Plaintiff,

v.                                                    Case No. 3:20-cv-660-TJC-PDB

PENNYMAC LOAN SERVICES, LLC,

    Defendant.

_____

## FINAL DECLARATORY JUDGMENT

For the reasons stated in the Court's Order of March 22, 2021 (Doc. 37), Final Declaratory Judgment is hereby entered in favor of Defendant PennyMac Loan Services, LLC and against Plaintiff Black Knight, Inc. PennyMac Loan Services, LLC has not waived the right to arbitrate the antitrust and related claims it filed in PennyMac Loan Services, LLC v. Black Knight, Inc., No. 2:19-cv-09526-RGK-JEM (C.D. Cal.) against Black Knight, Inc. All issues raised by the pleadings have been resolved, and thus the Clerk is hereby ordered to close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 29th day of March, 2021.

2



tn
Copies:
Counsel of record